IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| GLENDA ANDERSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 3:11-CV-1687-N |
| | § | |
| NATIONAL CITY MORTGAGE, et al., | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the undersigned District Judge is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

Since Plaintiff has not timely filed an amended complaint as allowed by the recommendation, *Defendant National City Mortgage's 12(b)(6) Motion to Dismiss*, filed August 12, 2011 (doc. 10), is **GRANTED**, and all of Plaintiff's claims against National City Mortgage, LLC, are **DISMISSED** with prejudice.

**SIGNED** this 27th day of February, 2012.

_____
**DAVID C. GODBEY
UNITED STATES DISTRICT JUDGE**